# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOE SUGGS,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:15-cv-01279-RCJ-CWH

**ORDER**

    Petitioner, who is a prisoner in the custody of the Nevada Department of Corrections, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court dismisses this action because petitioner did not pay the filing fee and did not file an application to proceed <u>in forma pauperis</u>, together with a signed financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. The court has reviewed the petition preliminarily, and the dismissal of this action would not affect the timeliness of the action under 28 U.S.C. § 2244(d)(1), because the action already appears to be untimely.

    Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that the clerk of the court shall send petitioner a blank form for an application to proceed <u>in forma pauperis</u> for incarcerated litigants and a blank § 2254 habeas corpus petition form with instructions.

    IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to petitioner's commencement of a new action in which he either pays the filing fee in full or submits a

complete application to proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

    IT IS FURTHER ORDERED that the clerk shall add Adam Paul Laxalt, Attorney General for the State of Nevada, as counsel for respondents.

    IT IS FURTHER ORDERED that the clerk shall electronically serve upon respondents a copy of the this order. No response is necessary.

Dated:  July 24, 2015

_____
ROBERT C. JONES
United States District Judge