✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                      Nevada

Joe Suggs

Petitioner,

V.

Brian E. Williams and Attorney General of
the State of Nevada

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:15-cv-01279-RCJ-CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Respondents Brian E. Williams and Attorney General of the State of Nevada and against Petitioner Joe Suggs without prejudice.  A certificate of appealability is Denied.

July 27, 2015

Date

/s/ Lance S. Wilson

Clerk

/s/ Shelly Denson

(By) Deputy Clerk